IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ROBERT DRAFT**            **PLAINTIFF**

v.            **NO. 2:16CV00112 JLH/PSH**

**GAYLON LAY, et al.**            **DEFENDANTS**

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 3rd day of November, 2016.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE