IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ROBERT DRAFT, ADC #160040                               PLAINTIFF

v.                 NO. 2:16CV00112 JLH/PSH

GAYLON LAY *et al.*                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion to dismiss is GRANTED IN PART AND DENIED IN PART. Doc. No. 14.

2. Defendants' motion is GRANTED to the extent that any claim for monetary damages asserted by plaintiff Robert Draft against them in their official capacities is DISMISSED WITH PREJUDICE.

3. Defendants' motion is DENIED in all other respects.

DATED this 19th day of April, 2017.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE