IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT DRAFT                                                                          PLAINTIFF
ADC #160040

V.                          NO: 2:16-CV-00112 JLH-PSH

GAYLON LAY, *et al.*                                                               DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

Defendants Lay, Kelley, and Roebuck's Motion for Summary Judgment (Document #43) is GRANTED; Draft's claim(s) against them are dismissed without prejudice.

DATED this 21st day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE