IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT DRAFT                                                                                   PLAINTIFF
ADC #160040

v.                                 No: 2:16-cv-00112 JLH-PSH

MARK WARNER, *et al.*                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

Defendants' motion for summary judgment (Doc. No. 78) is granted, and this case is dismissed with prejudice. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 6th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE