IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT DRAFT                                                                                    PLAINTIFF
ADC #160040

v.                              No: 2:16-cv-00112 JLH-PSH

MARK WARNER, *et al.*                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 6th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE